Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

*Counsel for Defendants*
*Dennett Ingram and EpicUp Holdings, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THEODORE LEACH; and JAMES KERRIGAN,<br><br>Plaintiffs,<br><br>v.<br><br>DENNETT INGRAM; EPICUP HOLDINGS, INC. (ARIZONA); EPICUP PTE, LTD.; and EPICUP HOLDINGS, INC. (WYOMING),<br><br>Defendants. | Case No. 2:22-cv-01809-JAD-NJK<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO EXTEND TIME FOR DEFENDANTS DENNETT INGRAM, EPICUP HOLDINGS, INC. (ARIZONA); EPICUP PTE, LTD.; and EPICUP HOLDINGS, INC. (WYOMING); AND EPICU., TO PLEAD, COUNTERCLAIM, OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: October 28, 2022<br><br>Assigned to Hon. Judge Jennifer A. Dorsey |

Defendants Dennett Ingram, EpicUp Holdings, Inc., an Arizona Corporation, EpicUp PTE, Ltd. and EpicUp Holdings, Inc., a Wyoming Corporation. ("Defendants") by and through counsel of record, and Plaintiffs Theodore Leach and James Kerrigan ("Plaintiffs"), have agreed and stipulated to the following:

1. On October 6, 2022, Plaintiffs filed a Complaint in Eighth Judicial District Court in Case No. A-22-859512-B. Plaintiffs were served on October 13, 2020.

2. On October 14, 2022, Plaintiffs filed a First Amended Complaint, naming two additional entities: EpicUp PTE, Ltd. and EpicUp Holdings, Inc. (Arizona).

3. On October 28, 2022, Defendants Dennett Ingram; and EpicUp Holdings, Inc., filed a Notice of Removal in Case No. A-22-859512-B and a Petition for Removal in the above-captioned matter [Dkt. 1].

4. Defendants Dennett Ingram, EpicUp Holdings, Inc., a Wyoming Corporation's Answer to Plaintiffs' Complaint might otherwise be due November 4, 2022.

5. The Parties have agreed to extend Defendants' response thirty days in order to allow Defendants to consider the facts and circumstances of the pending First Amended Complaint.

6. The parties hereby request this Court to further extend the date for Defendants to respond to Plaintiffs' First Amended Complaint until **December 5, 2022**.

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO STIPULATED.**
DATED: November 4, 2022.

| LAW OFFICES OF MILES N. CLARK, LLC | CORY READE DOWS & SHAFER |
|---|---|
| /s/ *Miles N. Clark* | /s/ *R. Christopher Reade* |
| Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Phone: (702) 856-7430<br>Fax: (702) 552-2370<br>Email: miles@milesclarklaw.com<br><br>*Counsel for Defendants* | R. Christopher Reade, Esq.<br>Nevada Bar No. 6791<br>1333 North Buffalo Drive, Suite 210<br>Las Vegas, NV 89128<br>Phone: (702) 794-4411<br>Fax: (702) 794-4421<br>Email: creade@crdslaw.com<br><br>*Counsel for Plaintiffs*<br>*Theodore Leach and James Kerrigan* |

IT IS SO ORDERED.
Dated: November 7, 2022

.
.
_____
Nancy J. Koppe
United States Magistrate Judge

LAW OFFICES OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430
www.milesclarklaw.com

2 of 3