UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE LEACH, et al.,<br><br>     Plaintiff(s),<br><br>v.<br><br>DENNETT INGRAM, et al.,<br><br>     Defendant(s). | Case No. 2:22-cv-01809-JAD-NJK<br><br>**ORDER**<br><br>[Docket Nos. 21, 22] |

Pending before the Court is a motion to amend the answer and counterclaims. Docket No. 21. No response has been filed and the motion is **GRANTED** as unopposed. *See* Local Rule 7-2(d). Defendants must promptly file and serve the amended answer and counterclaims. Local Rule 15-1(b).

Also pending before the Court is a stipulation to modify the case management deadlines in light of the request to amend, Docket No. 22, which is **GRANTED**. Deadlines are **RESET** as follows:

- Initial disclosures for existing parties: closed
- Initial disclosures for newly appearing parties: within 14 days of first appearance
- Amend pleadings/add parties: closed
- Initial experts: September 8, 2023
- Rebuttal experts: October 9, 2023
- Discovery cutoff: November 7, 2023
- Dispositive motions: December 7, 2023
- Joint proposed pretrial order: January 8, 2024, or 30 days after resolution of dispositive motions

<u>The deadlines set herein apply to all parties, including those who have not yet appeared, unless a request is filed on the docket seeking relief from these deadlines that is granted by the Court.</u>  The Court also reminds the parties that newly appearing parties may demand prior discovery as a means to streamline the discovery process.  Local Rule 26-5.

IT IS SO ORDERED.

Dated: April 26, 2023

_____
Nancy J. Koppe
United States Magistrate Judge