# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE LEACH, et al., <br>     Plaintiff(s), <br> v. <br> DENNETT INGRAM, et al., <br>     Defendant(s). | Case No. 2:22-cv-01809-JAD-NJK <br><br> **Order** <br><br> [Docket No. 34] |

Pending before the Court is a stipulation to extend unexpired case management deadlines. Docket No. 34. The stipulation indicates that, *inter alia*, questions have arisen as to the capacity of Plaintiff James Kerrigan, as well as whether a non-durable power of attorney is operative. *See id.* at 5-6. For good cause shown, the stipulation to extend is **GRANTED** and deadlines are **RESET** as follows:

- Initial disclosures: closed
- Amend pleadings/ add parties: closed
- Initial experts: closed
- Rebuttal experts: closed
- Discovery cutoff: April 5, 2024
- Dispositive motions: May 6, 2024
- Joint proposed pretrial order: June 6, 2024

In addition to the above deadlines, the parties must file a joint status report regarding Plaintiff Kerrigan's capacity and non-durable power of attorney by <u>December 18, 2023</u>.

IT IS SO ORDERED.

Dated: October 18, 2023

                                                                                     Nancy J. Koppe <br>
                                                                              United States Magistrate Judge