# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THEODORE LEACH, *et al.*,

    Plaintiff(s),

v.

DENNETT INGRAM, *et al.*,

    Defendant(s).

Case No. 2:22-cv-01809-JAD-NJK

**Order**

[Docket No. 36]

Pending before the Court is Plaintiffs'/Counter-Defendants' motion to substitute attorney. Docket No. 36. The motion is **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket with Plaintiffs'/Counter-Defendants' counsel as James W. Pengilly, of Pengilly Law Firm and remove Robert Christopher Reade as identified at Docket No. 36 at 5-7.

IT IS SO ORDERED.

Dated: October 27, 2023

                                              Nancy J. Koppe
                                              United States Magistrate Judge