# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THEODORE LEACH, et al.,

    Plaintiff(s),

v.

DENNETT INGRAM, et al.,

    Defendant(s).

Case No. 2:22-cv-01809-JAD-NJK

**Order**

[Docket Nos. 46-48]

Pending before the Court are Plaintiffs' supplement and declarations. Docket Nos. 46-48. These filings constitute surreply materials, *see* Docket No. 45 (reply brief), and leave was not sought to file them, Local Rule 7-2(b); *see also* Local Rule 7-2(g) (same for supplementation). Accordingly, the Court **STRIKES** Docket Nos. 46-48.

The Court again reminds the parties that the docket is not a clearinghouse for airing grievances. If counsel believe an issue warrants judicial action, then a proper motion must be filed. If an issue is not otherwise pertinent, then it must be omitted from the papers being filed.

IT IS SO ORDERED.

Dated: December 28, 2023

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge