1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

THEORDORE LEACH, et al.,

     Plaintiff(s),

v.

DENNETT INGRAM, et al.,

     Defendant(s).

Case No. 2:22-cv-01809-JAD-NJK

**Order**

[Docket No. 55]

Pending before the Court is Defendants' motion to seal filed in relation to their motion to compel discovery. Docket No. 55. The motion seeks secrecy for certain medical information and for a power of attorney that Plaintiffs designated as confidential. *See id.* at 2. The fact that a party has designated a document as confidential pursuant to a protective order is not, standing alone, good cause to allow sealing once that document is filed with the Court. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1133 (9th Cir. 2003); see also Beckman Indus., Inc. v. Int'l Ins. Co., 966 F.2d 470, 476 (9th Cir. 1992). Moreover, the fact that there is no objection to sealing is also not good cause to allow sealing because the Court is guarding the public's right to access. *See, e.g.*, *Allegiant Travel Co. v. Kinzer*, 2022 WL 2819734, at *1 n.1 (D. Nev. July 19, 2022). As a result, the Court specifically ordered that:

> If the sole ground for a motion to seal is that the opposing party (or non-party) has designated a document as confidential, the designator shall file (within seven days of the filing of the motion to seal) either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of the designation(s) and consent to unsealing. If neither filing is made, the Court may order the document(s) unsealed without further notice.

Docket No. 20 at 2. Plaintiffs did not comply with that dictate and, most significantly, the Court has been provided no reasoning as to why the power of attorney should be sealed.

Accordingly, Plaintiffs are **ORDERED** to file a response to the pending motion to seal by March 6, 2024. <u>Failure to do so may result in the public disclosure of the subject information.</u> The Clerk's Office is **INSTRUCTED** to maintain the subject information under seal in the interim period.

IT IS SO ORDERED.

Dated: February 27, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

2