UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THEORDORE LEACH, et al.,<br> Plaintiff(s),<br>v.<br>DENNETT INGRAM, et al.,<br> Defendant(s). | Case No. 2:22-cv-01809-JAD-NJK<br><br>**Order To Show Cause**<br><br>[Docket No. 55] |

  Pending before the Court is Defendants' motion to seal filed in relation to their motion to compel discovery. Docket No. 55. The motion seeks secrecy for certain medical information and for a power of attorney that Plaintiffs designated as confidential. *See id.* at 2. As the Court has already explained, the act of a party designating information as confidential does not suffice to seal that information when filed with the Court. *See, e.g.*, Docket Nos. 20, 60. Instead, the designating party must respond to the other side's motion to seal with a showing as to how the governing standards are met for sealing. Docket No. 20 at 2; Docket No. 60 at 1-2. Despite two orders to that effect and two chances to respond to the motion with such a showing, Plaintiffs' counsel has done nothing.

  Accordingly, Attorney James Pengilly is **ORDERED** to show cause in writing, no later than April 5, 2024, why he has violated the Court's prior orders. It will suffice to automatically discharge this order to show cause if Attorney Pengilly files by that date either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of the designation(s) and consent to unsealing. *See* Docket No. 20 at 2.

The Clerk's Office is **INSTRUCTED** to maintain the subject information under seal in the interim period.

IT IS SO ORDERED.

Dated: March 26, 2024

_____
Nancy J. Koppe
United States Magistrate Judge