# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THEORDORE LEACH, et al.,<br>　　Plaintiff(s),<br>v.<br>DENNETT INGRAM, et al.,<br>　　Defendant(s). | Case No. 2:22-cv-01809-JAD-NJK<br>**Order** |

The undersigned's chambers received a telephone call today from Tiffany, who works for attorney James Pengilly. Tiffany sought the guidance of the undersigned's staff because Attorney Pengilly is confused about an order.[1] As was explained on that telephone call, the local rules prohibit such ex parte communications. *See, e.g.*, Local Rule IA 7-2(b). Requests for relief must be in writing and filed on the docket. *See* Local Rule 7-1(a) (stipulations); Local Rule 7-2(a) (motions).

The Court hereby **ORDERS** that counsel and their staff must cease any further improper ex parte communications with the undersigned's chambers. Failure to comply with this order may result in the imposition of sanctions. *See, e.g.*, Fed. R. Civ. P. 16(f); Local Rule IA 11-8(c).

IT IS SO ORDERED.

Dated: April 3, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The specific case number was not identified on the telephone call, but it appears fairly clear that the telephone call related to the Court's order to show cause at Docket No. 62.

1