# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE LEACH, et al.,<br>    Plaintiff(s),<br>v.<br>DENNETT INGRAM, et al.,<br>    Defendant(s). | Case No. 2:22-cv-01809-JAD-NJK<br>**ORDER**<br>[Docket Nos. 61, 64, 65] |

In light of the competency issues currently before the Court, *see, e.g.*, Docket No. 83, the amendment-related motions (Docket Nos. 61, 64, 65) are **DENIED** without prejudice to their prompt refiling as warranted at an appropriate juncture.

IT IS SO ORDERED.

Dated: July 16, 2024

                                                                    _____
                                                                    Nancy J. Koppe
                                                                    United States Magistrate Judge