1  RICHARD F. SCOTTI, ESQ.
   Nevada Bar No. 4744
2  SCOTTI LAW FIRM, PLLC
   520 S. 4th St., Ste. 360
3  Las Vegas, NV 89101
   Telephone: (702) 546-9011
4  *Richard@ScottiLawFirm.com*
5  *Attorneys for Plaintiffs and/or Counter-defendants*
   *Theodore Leach, TJL Investments Inc., James Kerrigan,*
6  *And J.F.K. Investments Inc.*

7

8                    **UNITED STATES DISTRICT COURT**

9                    **IN AND FOR THE STATE OF NEVADA**

10

11 THEODORE LEACH, an individual, and          **CASE NO: 2:22-CV-01809-JAD-NJK**
   JAMES KERRIGAN, and individual,        )
12                                          )
              Plaintiffs,                   )
13                                          )
   vs.                                      )
14                                          )         **STIPULATION AND ORDER FOR**
   DENNETT INGRAM; EPICUP                   )         **EXTENSION OF TIME FOR RESPONSE**
15 HOLDINGS, INC., an Arizona Dissolved     )         **AND REPLY BRIEFS RE:**
   Corporation; EPICUP PTE. LTD., a         )         **DEFENDANTS' MOTION FOR**
16 Singapore business entity; EPICUP        )         **SUMMARYJUDGMENT [ECF 110]**
   HOLDINGS, INC., a Wyoming                )
17 Corporation; HAXXR PTE. LTD,             )
   DOES 1 through 100 and Roe Business      )
18 Entities 11 through C, inclusive,        )              [ECF No. 113]
                                            )
19            Defendants.                    )
   _____)
20 DENNETT INGRAM; EPICUP                   )
   HOLDINGS, INC., an Arizona dissolved     )
21 Corporation; EPICUP PTE. LTD., a         )
   Singapore business entity; and EPICUP    )
22 HOLDINGS, INC., a Wyoming                )
   Corporation;                             )
23                                          )
              Counter-Claimants,            )
24                                          )
   vs.                                      )
25                                          )
   THEODORE LEACH, an individual, and       )
26                                          )
   _____
27
   ///
28

                                    1

1  JAMES KERRIGAN, an individual;          )
   JASON KERRIGAN, an individual;          )
2  J.F.K. INVESTMENTS INC., a corporation; )
   and TJL INVESTMENTS, INC.,              )
3                                          )
4            Counter-Defendants.           )
   _____)
5

6        The Plaintiffs, by and through their counsel Richard F. Scotti, Esq. of Scotti Law Firm,

7  PLLC, and the Defendants, by and through their counsel, Miles N. Clark, esq., of The Law Offices

8  of Miles N. Clark, LLC, hereby stipulate to extend the briefing on Defendants' Motion for

9  Summary Judgment, as follows: (1) Plaintiffs shall have to and including Friday, November 29,

10 2024, to file and serve their Response; and (2) Defendants shall have to and including Friday,

11 December 13, 2024 to file and serve their Reply.  This Stipulation arose upon the request of

12 Plaintiffs' counsel due to unexpected urgent press of business in another matter. This stipulation is

13 made in good faith and not for purposes of delay

14 Dated this 25th day of November 2024.

15

16      **IT IS SO STIPULATED:**

17

| **LAW OFFICES OF MILES N. CLARK, LLC** | **SCOTTI LAW FIRM, PLLC** |
|---|---|
| /s/ Miles N. Clark | /s/ Richard F. Scotti |
| Miles N. Clark, Esq. | RICHARD F. SCOTTI, ESQ. |
| Nevada Bar No. 13848 | Nevada Bar No. 4744 |
| 5510 S. Fort Apache Rd, Suite 30 | SCOTTI LAW FIRM, PLLC |
| Las Vegas, NV 89148 | 520 S. 4th St., Ste. 360 |
| Phone: (702) 856-7430 | Las Vegas, NV 89101 |
| Fax: (702) 552-2370 | Telephone: (702) 546-9011 |
| miles@milesclarklaw.com | Richard@ScottiLawFirm.com |
| **HEINS LAW, P.C.** | *Attorneys for Plaintiffs and/or Counter-* |
| Peter Heins, Esq. | *defendants Theodore Leach, TJL* |
| (*Admitted Pro Hac Vice*) | *Investments Inc., James Kerrigan,* |
| 7157 N. 58th Drive | *And J.F.K. Investments Inc.* |
| Glendale, AZ 85301 | |
| Phone: (623) 800-2441 | |

2

Fax: (623) 800-2441
Email: office@heinslaw.com

*Counsel for Defendants / Counterclaimants
Dennett Ingram; EpicUp Holdings, Inc. (Arizona);
Epicup Pte, Ltd.; and EpicUp Holdings, Inc.
(Wyoming)*

## ORDER

On Stipulation of the parties, and good cause appearing therefor: (1) Plaintiffs shall have to

and including Friday, November 29, 2024, to file and serve their Response to Defendants' Motion

for Summary Judgment; and (2) Defendants shall have to and including Friday, December 13, 2024

to file and serve their Reply.

**IT IS SO ORDERED**.

Dated: November 25 , 2024.

~~HON. NANCY J. KOPPE~~
~~UNITED STATES MAGISTRATE JUDGE~~
~~Or~~
HON. JENNIFER DORSEY,
UNITED STATES DISTRICT JUDGE

///

3