UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE LEACH, et al.,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>DENNETT INGRAM, et al.,<br><br>　　　Defendant(s). | Case No. 2:22-cv-01809-JAD-NJK<br><br>**ORDER**<br><br>[Docket Nos. 111, 117] |

　　　Pending before the Court is Defendants' motion to appoint receiver. Docket No. 111. Also pending before the Court is the parties' stipulation to withdraw and strike the motion to appoint receiver. Docket No. 117. The Court hereby **DENIES** as withdrawn the motion to appoint receiver. The Court also **STRIKES** the motion to appoint receiver. The Court **GRANTS** the stipulation to withdraw and strike.

　　　IT IS SO ORDERED.

　　　Dated: December 4, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge