1  RICHARD F. SCOTTI, ESQ.
   Nevada Bar No. 4744
2  **SCOTTI LAW FIRM, PLLC**
   520 S. 4th St., Ste. 360
3  Las Vegas, NV 89101
   Telephone: (702) 844-6420
4  Fax: (725) 302-2524
   *Richard@ScottiLawFirm.com*
5  Attorneys for Plaintiffs
   Theodore Leach, and James Kerrigan
6  (through Jason Kerrigan), and all Counter Defendants

7                    UNITED STATES DISTRICT COURT

8                          DISTRICT OF NEVADA

| | |
|---|---|
| 9  THEODORE LEACH, an individual; and JAMES KERRIGAN, an individual, | CASE NO.: 2:22-cv-01809-JAD-NJK |
| 10 | |
| 11  Plaintiffs, | **STIPULATION AND ORDER TO STRIKE AND WITHDRAW PLAINTIFFS' OPPOSITION TO DEFENDANTS' / COUNTERCLAIMANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS [ECF 115] AND APPENDIX [ECF 116]** |
| 12  vs. | |
| 13  DENNETT INGRAM, an individual; EPICUP HOLDINGS, INC., an Arizona Dissolved Corporation; EPICUP HOLDINGS, INC., a Wyoming corporation; et al, | |
| 14 | |
| 15  Defendants. | |
| 16  And all other claims and parties | |

19                              STIPULATION

20      The Plaintiffs and Counter Defendants, by and through their counsel Richard F. Scotti,

21  Esq. of Scotti Law Firm, PLLC, and the Defendants and Counterclaimants, by and through their

22  counsel, Miles N. Clark, hereby stipulate to strike and withdraw "Plaintiffs' Opposition to

23  Defendants'/Counterclaimants' Motion for Summary Judgment on Plaintiffs' Claims" [ECF 115]

24  and Appendix thereto [ECF 116]. Plaintiffs' Opposition and Appendix [ECF 115 and 116]

                                        -0-

1  discuss and include as an Exhibit a document that is privileged and confidential as between
2  Defendants and their counsel; which document Plaintiffs' prior counsel had agreed to permit
3  Defendants to "claw back" and protect from disclosure. The parties further stipulate that
4  Plaintiffs may have an extension of time to Thursday, December 5, 2024, to file their revised
5  Response to Defendants' and Counterclaimants' Motion for Summary Judgment. [ECF 110], and
6  Defendants'/Counterclaimants' Reply shall be due December 19, 2024.

7  So stipulated this 3rd day of December 2024.

| LAW OFFICES OF MILES N. CLARK, LLC | SCOTTI LAW FIRM, PLLC |
|---|---|
| /s/ Miles N. Clark | /s/ Richard F. Scotti |
| Miles N. Clark, Esq. | Richard F. Scotti, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 4744 |
| 5510 S. Fort Apache Rd, Suite 30 | SCOTTI LAW FIRM, PLLC |
| Las Vegas, NV 89148 | 520 S. 4th St., Ste. 360 |
| Phone: (702) 856-7430 | Las Vegas, NV 89101 |
| Fax: (702) 552-2370 | Telephone: (702) 546-9011 |
| miles@milesclarklaw.com | Richard@ScottiLawFirm.com |
| **HEINS LAW, P.C.** | *Attorneys for Plaintiffs and/or Counter Defendants Theodore Leach, TJL Investments Inc., James Kerrigan, And J.F.K. Investments Inc.* |
| Peter Heins, Esq. | |
| (*Admitted Pro Hac Vice*) | |
| 7157 N. 58th Drive | |
| Glendale, AZ 85301 | |
| Phone: (623) 800-2441 | |
| Fax: (623) 800-2441 | |
| Email: office@heinslaw.com | |
| *Counsel for Defendants / Counterclaimants Dennett Ingram; EpicUp Holdings, Inc. (Arizona); Epicup Pte, Ltd.; and EpicUp Holdings, Inc. (Wyoming)* | |

22  ///
23  ///
24  ///

-1-

## ORDER

On Stipulation of the parties, and good cause appearing therefor: the Court strikes Plaintiffs' Opposition to Defendants'/Counterclaimants' Motion for Summary Judgment on Plaintiffs' Claims [ECF 115] and Appendix thereto [ECF 116].  The Court extends the deadline for <u>Plaintiffs Response</u> to Defendants'/Counterclaimants Motion for Summary Judgment on Plaintiffs' Claims [ECF 110] to <u>December 5, 2024</u>, and Defendants'/Counterclaimants <u>Reply shall be due December 19, 2024</u>.

**IT IS SO ORDERED.**

Dated: December 6, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

-2-