ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
SURUR & THONGKHAM LAW
10161 W. Park Run Drive, #150
Las Vegas, NV 89145
Telephone: (702) 909-0838
ashlie@surtholaw.com

*Attorneys for Plaintiffs and Counterdefendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE LEACH, an individual, and JAMES KERRIGAN, and individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>DENNETT INGRAM; EPICUP HOLDINGS, INC., an Arizona Dissolved Corporation; EPICUP PTE. LTD., a Singapore business entity; EPICUP HOLDINGS, INC., a Wyoming Corporation; HAXXR PTE. LTD, DOES 1 through 100 and Roe Business Entities 11 through C, inclusive,<br><br>    Defendants.<br><br>DENNETT INGRAM; EPICUP HOLDINGS, INC., an Arizona dissolved Corporation; EPICUP PTE. LTD., Singapore business entity; and EPICUP HOLDINGS, INC., a Wyoming Corporation;<br><br>    Counter-Claimants,<br><br>vs.<br><br>THEODORE LEACH, an individual, and JAMES KERRIGAN, an | Case No. 2:22-cv-01809-RFB-NJK<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL** |

1

1  individual; JASON KERRIGAN, an individual; J.F.K. INVESTMENTS
2  INC., a corporation; and TJL INVESTMENTS, INC.,
3
4              Counter-Defendants.

5
6      Plaintiffs Theodore Leach and James Kerrigan, and
7  Counterdefendants Theodore Leach, James Kerrigan, Jason Kerrigan,
8  J.F.K. Investments Inc, And TJL Investments, Inc . (collectively
9  "Substituting Parties") stipulate and agree to substitute Ashlie L. Surur,
10 Esq. of Surur & Thongkham Law as their counsel in the place and stead of
11 Richard F. Scotti, Esq. and Nicholas V. Scotti, Esq. of Scotti Law Firm.
12     Pursuant to Local Rule IA 11-6(c), the Substituting Parties request
13 entry of an order by this court approving the substitution. The Substituting
14 Parties do not believe any delay of discovery, trial or any hearings will result
15 from substitution.
16     I hereby consent to the above substitution.
17 DATED: 10/7/2025
                              On behalf of Theodore Leach and TJL
18                            Investments, Inc., as its authorized
                              representative
19
20     I hereby consent to the above substitution.
21 DATED: 10/07/2025
                              On behalf of Jason Kerrigan, James
22                            Kerrigan, as his authorized representative,
                              and J.F.K. Investments, as its authorized
23                            representative

24     I hereby consent to the above substitution.
25 DATED: 10/08/205
                              Richard F. Scotti, Esq.
26                            Nevada Bar No. 04744
                              Scotti Law Firm
27                            520 S. 4th St., Ste. 360
                              Las Vegas, NV 89101
28

2

I hereby accept the above substitution as attorney for Substituting Parties in this action and acknowledge Local Rule IA 11-6 in so substituting.

DATED: 10/10/2025

Ashlie L. Surur, Esq.
Nevada Bar No. 11290
Surur & Thongkham Law
10161 W. Park Run Drive, #150
Las Vegas, NV 89145

### ORDER

IT IS SO ORDERED.

DATED: November 4, 2025

U.S. MAGISTRATE JUDGE
Case No. 2:22-cv-01809-RFB-NJK