Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

Peter Heins, Esq.
(*Admitted Pro Hac Vice*)
HEINS LAW, P.C.
7157 N. 58th Drive
Glendale, AZ 85301
Phone: (623) 800-2441
Fax: (623) 800-2441
Email: office@heinslaw.com

*Counsel for Defendants / Counterclaimants Dennett Ingram; EpicUp Holdings, Inc. (Arizona); Epicup Pte, Ltd.; and EpicUp Holdings, Inc. (Wyoming)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE LEACH, an individual, and JAMES KERRIGAN, and individual,<br><br>Plaintiffs,<br>v.<br>DENNETT INGRAM; EPICUP HOLDINGS, INC., an Arizona Dissolved Corporation; EPICUP PTE. LTD., a Singapore business entity; EPICUP HOLDINGS, INC., a Wyoming Corporation; DOES 1 through 100 and Roe Business Entities 11 through C, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01809-RFB-NJK<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE JOINT PRETRIAL ORDER**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: October 28, 2022<br><br>Assigned to Hon. Judge Richard F. Boulware, II |
| DENNETT INGRAM; EPICUP HOLDINGS, INC., an Arizona Dissolved Corporation; EPICUP PTE. LTD., a Singapore business entity; and EPICUP HOLDINGS, INC., a Wyoming Corporation;<br><br>Counterclaimants,<br>v.<br>THEODORE LEACH, an individual, and JAMES KERRIGAN, an individual, and JASON KERRIGAN, an individual, and J.F.K. INVESTMENTS INC., a corporation, and TJL INVESTMENTS, INC., a corporation, and<br><br>Counterdefendants. | |

LAW OFFICE OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com

Pursuant to the Court's Order dated September 30, 2025, Defendants/Counterclaimants Dennett Ingram ("Ingram"); EpicUp Holdings, Inc. (Arizona) ("Arizona"); EpicUp PTE, Ltd. ("PTE"); and EpicUp Holdings, Inc. (Wyoming) ("EpicUp") (collectively, "Counterclaimants" or "Defendants"); Plaintiffs/Counterdefendants Theodore Leach ("Leach") and James Kerrigan (collectively, "Plaintiffs"); and Counterdefendants Jason Kerrigan, J.F.K. Investments, Inc. ("JFK"), and TJL Investments, Inc. ("TJL") (collectively, the "Sole Counterdefendants," and together with Plaintiffs and Defendants, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On September 30, 2025, the Court ordered the Parties to file a Joint Pretrial Order by November 7, 2025. (Dkt. 134).

2. Plaintiffs' counsel recently substituted into the case and requires additional time to review the file and coordinate with opposing counsel regarding the contents of the Joint Pretrial Order.

3. Accordingly, the Parties have agreed to extend the deadline to file the Joint Pretrial Order by four (4) days, from November 7, 2025, to **November 11, 2025**.

//
//
//
//
//
//
//
//

LAW OFFICE OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO STIPULATED.**
DATED: November 7, 2025.

| **LAW OFFICES OF MILES N. CLARK, LLC** | **SURUR & THONGKHAM LAW** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Ashlie L. Surur, Esq.* |
| Miles N. Clark, Esq. | Ashlie L. Surur, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 11290 |
| 5510 S. Fort Apache Rd, Suite 30 | 10161 W Park Run Drive, Suite 150 |
| Las Vegas, NV 89148 | Las Vegas, NV 89145 |
| Email: miles@milesclarklaw.com | Email: ashlie@surtholaw.com |
| | |
| **HEINS LAW, P.C.** | *Counsel for Plaintiffs and Counterdefendants* |
| Peter Heins, Esq. | |
| (*Admitted Pro Hac Vice*) | |
| 7157 N. 58th Drive | |
| Glendale, AZ 85301 | |
| Email: office@heinslaw.com | |
| | |
| *Counsel for Defendants/Counterclaimants Dennett Ingram; EpicUp Holdings, Inc. (Arizona); EpicUp Pte, Ltd.; and EpicUp Holdings, Inc. (Wyoming)* | |

## ORDER GRANTING
## STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE JOINT PRETRIAL ORDER

**IT IS SO ORDERED.**

DATED: November 10, 2025

**RICHARD F. BOULWARE, II**
**U.S. DISTRICT COURT JUDGE**

*Leach et al v. Ingram et al*
*Case No. 2:22-cv-01809-RFB-NJK*