ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
SURUR & THONGKHAM LAW
10161 W. Park Run Drive
Suite #150
Las Vegas, NV 89145
ashlie@surtholaw.com

*Attorneys for Plaintiffs and Counterdefendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THEODORE LEACH, an individual, and JAMES KERRIGAN, and individual,<br><br>Plaintiffs,<br>v.<br>DENNETT INGRAM; EPICUP HOLDINGS, INC., an Arizona Dissolved Corporation; EPICUP PTE. LTD., a Singapore business entity; EPICUP HOLDINGS, INC., a Wyoming Corporation; DOES 1 through 100 and Roe Business Entities 11 through C, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01809-RFB-NJK<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE JOINT PRETRIAL ORDER**<br><br>**[SECOND REQUEST]**<br><br>Complaint filed: October 28, 2022<br><br>Assigned to Hon. Judge Richard F. Boulware, II |
| DENNETT INGRAM; EPICUP HOLDINGS, INC., an Arizona Dissolved Corporation; EPICUP PTE. LTD., a Singapore business entity; and EPICUP HOLDINGS, INC., a Wyoming Corporation;<br><br>Counterclaimants,<br>v.<br>THEODORE LEACH, an individual, and JAMES KERRIGAN, an individual, and JASON KERRIGAN, an individual, and J.F.K. INVESTMENTS INC., a corporation, and TJL INVESTMENTS, INC., a corporation, and<br><br>Counterdefendants. | |

Pursuant to the Court's Order dated September 30, 2025, Defendants/Counterclaimants Dennett Ingram ("Ingram"); EpicUp Holdings, Inc. (Arizona) ("Arizona"); EpicUp PTE, Ltd. ("PTE"); and EpicUp Holdings, Inc. (Wyoming) ("EpicUp") (collectively, "Counterclaimants" or "Defendants"); Plaintiffs/Counterdefendants Theodore Leach ("Leach") and James Kerrigan (collectively, "Plaintiffs"); and Counterdefendants Jason Kerrigan, J.F.K. Investments, Inc. ("JFK"), and TJL Investments, Inc. ("TJL") (collectively, the "Sole Counterdefendants," and together with Plaintiffs and Defendants, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On September 30, 2025, the Court ordered the Parties to file a Joint Pretrial Order by November 7, 2025. (Dkt. 134).

2. Plaintiffs' counsel recently substituted into the case and requires additional time to review the file and coordinate with opposing counsel regarding the contents of the Joint Pretrial Order.

3. Accordingly, the Parties agreed to extend the deadline to file the Joint Pretrial Order by four (4) days, from November 7, 2025, to November 11, 2025.

4. November 11, 2025 is a court holiday, and in addition the Parties need additional time to complete the Joint Pretrial Order; namely, Plaintiffs' counsel received additional documents from prior counsel and counsel for the parties will be meeting and conferring again to finalize the Joint Pretrial Order. As such, a second, albeit brief extension, until **Friday, November 14, 2025** is agreed to by the Parties and requested from this Court.

5. The Parties do not anticipate any further extensions of time.

//

//

//

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO STIPULATED.**
DATED: November 12, 2025.

| | |
|---|---|
| **LAW OFFICES OF MILES N. CLARK, LLC** | **SURUR & THONGKHAM LAW** |
| /s/ *Miles N. Clark* | /s/ *Ashlie L. Surur, Esq.* |
| Miles N. Clark, Esq. | Ashlie L. Surur, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 11290 |
| 5510 S. Fort Apache Rd, Suite 30 | 10161 W Park Run Drive, Suite 150 |
| Las Vegas, NV 89148 | Las Vegas, NV 89145 |
| Email: miles@milesclarklaw.com | Email: ashlie@surtholaw.com |

**HEINS LAW, P.C.**
Peter Heins, Esq.
(*Admitted Pro Hac Vice*)
7157 N. 58th Drive
Glendale, AZ 85301
Email: office@heinslaw.com

*Counsel for Defendants/Counterclaimants Dennett Ingram; EpicUp Holdings, Inc. (Arizona); EpicUp Pte, Ltd.; and EpicUp Holdings, Inc. (Wyoming)*

*Counsel for Plaintiffs and Counterdefendants*

# ORDER GRANTING
## STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE JOINT PRETRIAL ORDER

**IT IS SO ORDERED.**

DATED: __November 13__, 2025

_____
U.S. DISTRICT COURT JUDGE

*Leach et al v. Ingram et al*
*Case No. 2:22-cv-01809-RFB-NJK*