ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
SURUR & THONGKHAM LAW
10161 W. Park Run Drive
Suite #150
Las Vegas, NV 89145
ashlie@surtholaw.com

*Attorneys for Plaintiffs and Counterdefendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE LEACH, an individual, and JAMES KERRIGAN, and individual, <br><br> Plaintiffs, <br> v. <br> DENNETT INGRAM; EPICUP HOLDINGS, INC., an Arizona Dissolved Corporation; EPICUP PTE. LTD., a Singapore business entity; EPICUP HOLDINGS, INC., a Wyoming Corporation; DOES 1 through 100 and Roe Business Entities 11 through C, inclusive, <br><br> Defendants. | Case No. 2:22-cv-01809-RFB-NJK <br><br> **STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE JOINT PRETRIAL ORDER** <br><br> **[THIRD REQUEST]** <br><br> Complaint filed: October 28, 2022 <br><br> Assigned to Hon. Judge Richard F. Boulware, II |
| DENNETT INGRAM; EPICUP HOLDINGS, INC., an Arizona Dissolved Corporation; EPICUP PTE. LTD., a Singapore business entity; and EPICUP HOLDINGS, INC., a Wyoming Corporation; <br><br> Counterclaimants, <br> v. <br> THEODORE LEACH, an individual, and JAMES KERRIGAN, an individual, and JASON KERRIGAN, an individual, and J.F.K. INVESTMENTS INC., a corporation, and TJL INVESTMENTS, INC., a corporation, and <br><br> Counterdefendants. | |

Pursuant to the Court's Order dated September 30, 2025, Defendants/Counterclaimants

Dennett Ingram ("Ingram"); EpicUp Holdings, Inc. (Arizona) ("Arizona"); EpicUp PTE, Ltd.

("PTE"); and EpicUp Holdings, Inc. (Wyoming) ("EpicUp") (collectively, "Counterclaimants" or "Defendants"); Plaintiffs/Counterdefendants Theodore Leach ("Leach") and James Kerrigan (collectively, "Plaintiffs"); and Counterdefendants Jason Kerrigan, J.F.K. Investments, Inc. ("JFK"), and TJL Investments, Inc. ("TJL") (collectively, the "Sole Counterdefendants," and together with Plaintiffs and Defendants, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On September 30, 2025, the Court ordered the Parties to file a Joint Pretrial Order by November 7, 2025. (Dkt. 134).

2. Plaintiffs' counsel recently substituted into the case and requires additional time to review the file and coordinate with opposing counsel regarding the contents of the Joint Pretrial Order.

3. Accordingly, the Parties agreed to extend the deadline to file the Joint Pretrial Order by four (4) days, from November 7, 2025, to November 11, 2025.

4. November 11, 2025 is a court holiday, and in addition the Parties need additional time to complete the Joint Pretrial Order; namely, Plaintiffs' counsel received additional documents from prior counsel and counsel for the parties will be meeting and conferring again to finalize the Joint Pretrial Order. As such, a second, albeit brief extension, until was Friday, November 14, 2025 was requested and granted by the Court. *See* ECF No. 140

5. When the second request was made, the Parties did not anticipate any further extensions of time. However, despite attempts to complete the Joint Pretrial Order the Parties need one more limited extension of time. Plaintiffs made additional changes and circulated to Defendants on Friday, November 14, 2025. Defendants reasonably need additional time to review these additions amongst co-counsels and Defendants. Due to schedules, the Parties agree that this can be completed with filing of the Joint Pretrial Order to occur on or before

Friday, November 21, 2025. As such, the Parties request an extension to Friday, November 21, 2025 to file the Joint Pretrial Order.

6. The Parties and their attorneys continue to meet and confer and work cooperatively and diligently to finalize a Joint Pretrial Order. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO STIPULATED.**
DATED: November 14, 2025.

| | |
|---|---|
| **LAW OFFICES OF MILES N. CLARK, LLC** | **SURUR & THONGKHAM LAW** |
| /s/ *Miles N. Clark* | /s/ *Ashlie L. Surur, Esq.* |
| Miles N. Clark, Esq. | Ashlie L. Surur, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 11290 |
| 5510 S. Fort Apache Rd, Suite 30 | 10161 W Park Run Drive, Suite 150 |
| Las Vegas, NV 89148 | Las Vegas, NV 89145 |
| Email: miles@milesclarklaw.com | Email: ashlie@surtholaw.com |
| | |
| **HEINS LAW, P.C.** | *Counsel for Plaintiffs and* |
| Peter Heins, Esq. | *Counterdefendants* |
| (*Admitted Pro Hac Vice*) | |
| 7157 N. 58th Drive | |
| Glendale, AZ 85301 | |
| Email: office@heinslaw.com | |

*Counsel for Defendants/Counterclaimants Dennett Ingram; EpicUp Holdings, Inc. (Arizona); EpicUp Pte, Ltd.; and EpicUp Holdings, Inc. (Wyoming)*

# ORDER GRANTING
# STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE JOINT PRETRIAL ORDER

**IT IS SO ORDERED.**

**DATED**: November 17, 2025.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

*Leach et al v. Ingram et al*
*Case No. 2:22-cv-01809-RFB-NJK*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28